# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JUSTIN DEVONTERRIOUS JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00632-RDP-JHE |
| ) | |
| **WARDEN III KARLA JONES,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on November 9, 2020, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 11). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections,[1] the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

**DONE** and **ORDERED** this January 7, 2021.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

---

[1] When the Report and Recommendation was returned to the court as "undeliverable" (Doc. 12), a copy of the Report and Recommendation was resent to Plaintiff at Fountain Correctional Center and he was provided additional time to file objections. (Doc. 13).